CRIMINAL MINUTES
3/1/17 SENTENCING HEARING
2:16-CR-30, USA V. TOBY LEE THACKER

AUSA: MIKE MAROUS
DEFENSE COUNSEL: KEVIN CONNERS
COURT REPORTER: LAHANA DUFOUR
COURTROOM DEPUTY: SCOTT MILLER

Defendant sentenced to 30 days imprisonment.
After the term of incarceration, the defendant shall serve a term of Supervised Release of 1 year.
No fine imposed.
Restitution ordered in the amount of $1,000.00
Special Assessment of $25.00 is applied.
Defendant shall self surrender to USMS (as notified by them).